# EXHIBIT 1

**From:** Timour Triplett <t.triplett@tripcontracting.com>
**Sent:** Tuesday, July 5, 2022 12:16 PM
**Subject:** Facility Management Supplier - Triplett Contracting LLC

You don't often get email from t.triplett@tripcontracting.com. Learn why this is important

**Caution:** This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Good Day,

I wanted to reach out to become a facilities management supplier, please see the attached below for our capability statement.

To speak to our services, we have over 300 in-house technicians that we have spread across all our markets. To speak to our sourcing of technicians as well, we partner with military installations and their respective transition programs for military personnel transitioning to civilian life. We hire said personnel and train them as service technicians and provide them the certifications required to perform. We are also a Service-Disabled Veteran Owned Small Business as well, in order to meet any supplier diversity requirements and/or goals as well.

We also have an entire projects team, able to handle full renovation, build-ups and roll outs for all construction

projects. As well as a full network of licensed subcontractors (if we do not hold that specific license in house) for all trades.

I would be then happy to answer any questions you may have and proceed to schedule a meeting to talk more in depth and come onboard as a supplier. I have also attached our capability statement which includes our main markets and trades we service for your review.

If you are not the proper party for onboarding, respectfully please provide the correct point of contact or forward this email to the proper representative. Thank you for your time and consideration and I look forward to hearing back from you. Have an outstanding rest of your week!

Very Respectfully,



**Timour Triplett**
Chief Executive Officer at Triplett Contracting LLC

P (267)-223-7748    M (267)-551-0842
E t.triplett@tripcontracting.com    W TripContracting.com

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.



**Duns:** 122230023
**Cage:** 8FTV5
**NAICS Codes:** 561210, 238320, 238210, 238220, 236118
**License #:** PA155419

# TRIPLETT CONTRACTING

Our company highlights are as follows:



**RESIDENTIAL & COMMERCIAL MAINTENANCE AND RENOVATION**



**VETERAN OWNED & OPERATED**



**SELF PERFORMING WITH 220 TECHS ACROSS ALL MARKETS**

WWW.TRIPCONTRACTING.COM

# Coverages:



# All Trades Offered:

| | | |
|---|---|---|
| Appliance Repair | Flooring | Paving |
| Awning and Canopy Repair | Fountain Maintenance | Pest Control |
| Backflow | General Contracting | Plumbing |
| Carpet Cleaning | Handyman | Pool Maintenance |
| Demolition | Heating and Cooling (HVAC) | Pool Repair |
| Door Repair | Janitorial | Power Washing |
| Duct Cleaning | Landscaping | Refrigeration |
| Electric | Lighting | Roofing |
| Exterior Sign Repair | Locksmith | Septic |
| Fence Repair | Mechanical | Snow Removal |
| Fire and Water Restoration | Mold Remediation | Window Cleaning |
| Fire Protection | Painting | Window Repair |
| Floor Cleaning | Parking Lot Cleaning | |