# EXHIBIT 2

| | |
|---|---|
| From: | Timour Triplett <t.triplett@tripcontracting.com> |
| Sent: | Wednesday, September 7, 2022 3:17 PM |
| To: | William Pritzker |
| Cc: | c.sindel@tripcontracting.com; c.mahmud@tripcontracting.com |
| Subject: | Re: TARGET PROPOSAL |

**Caution:** This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Good Afternoon Bill,

Yes, I will have that information to you in that timeframe and thats not a problem, 95% of our workers are in-house. The only time we subcontract out would be a much more trade intensive project such as a store rewire or a HVAC condenser replacement or anything that typically exceeds $50,000 per project. As for landscaping, snow and parking lot work orders, all those can be handled by our own crews.

**Timour Triplett**
Chief Executive Officer at Triplett Contracting LLC

P (267)-223-7748   M (267)-551-0842
E t.triplett@tripcontracting.com   W TripContracting.com

On Wed, Sep 7, 2022 at 3:06 PM William Pritzker <WPritzker@expressfmg.com> wrote:

> UPDATE:
>
> We need your response back by September 14th for the Target Opportunity, and note that as we sub to you, you will not be allowed to subtract out.
>
> Also, the Carvana Snow and Ice Proposal, we need something back this week, will that be possible
>
> Respectfully,

Bill

**William Pritzker**

Vice President

**Phone**: 602-830-0168

**Mobile**: 480-407-8457

**Email**: WPritzker@expressfmg.com

3902 E. University Drive, Ste 6

Phoenix, AZ 85034

  





