# EXHIBIT 3



# NOTICE OF INTENT TO AWARD LETTER

Triplett Contracting LLC
2412 S 5th St
PHILADELPHIA, PA 19148
Phone: 267-223-7748

SUBJECT: Snow & Ices Removal Contract

Dear Timour Triplett,

We are pleased to inform you that you have been selected to provide Snow & Ice removal services for the Carvana locations identified below, at a price of **$729,562.73**, pending any prorated seasonal adjustments.

| SEASONAL SITE PRICING | Type of Site | Address | City | State | Approx. Acres | Proposed new pricing |
|---|---|---|---|---|---|---|
| CO4001CAR | | 5025 Vasquez Blvd | Denver | CO | 3.07 | $ 15,842.43 |
| CO1004CAR | | 4700 E. Evans Ave. | Denver | CO | 1.5 | $ 7,740.60 |
| IL1001CAR | | 720 Enterprise Drive | Oak Brook | IL | 1.18 | $ 2,283.48 |
| IL1004CAR | | 1717 N Penny Ln | Schaumburg | IL | 2.24 | $ 4,334.74 |
| IL4002CAR | | 7950 W 47Th St | Lyons | IL | 1.07 | $ 2,070.61 |
| IL4003CAR | | 1555 E Rand Road | Arlington Heights | IL | 4.03 | $ 7,779.30 |
| IN2001CAR | IC | 6508 W Fw Marks Dr | Greenfield | IN | 81.82 | $ 154,812.00 |
| IN4008CAR | | 2950 E Main St | Plainfield | IN | 0.81 | $ 1,567.47 |
| KS3001CAR | | 3550 Fairbanks Ave | Kansas City | KS | 4.59 | $ 8,882.34 |
| KS3001CAR | | 3750 Fairbanks Ave | Kansas City | KS | 3.30 | $ 6,386.00 |
| KS4004CAR | | 8620 W 21st St N | Wichita | KS | 4.01 | $ 7,759.95 |
| KY1001CAR | | 1510 Lakeshore Ct | Louisville | KY | 1.50 | $ 1,935.15 |
| MN3001CAR | | 3321 Mike Collins Dr | Eagan | MN | 2.34 | $ 10,565.92 |
| MN4003CAR | | 3306 Mike Collins Dr | Eagan | MN | 0.61 | $ 2,754.36 |
| MO1001CAR | | 1700 W. 29Th St. | Kansas City | MO | 1.25 | $ 3,870.30 |
| MO4004CAR | | 5651 Phantom Drive | Hazelwood | MO | 3.41 | $ 10,998.10 |
| MO4005CAR | | 200 S Cartage Ln | Stafford | MO | 3.80 | $ 12,255.95 |
| MO4006CAR | | 3612 Gardner Ave | Kansas City | MO | 4.10 | $ 13,223.53 |
| MO4007CAR | | 700 E Jackson Blvd | Jackson | MO | 1.61 | $ 5,192.65 |
| NE4001CAR | | 7722 F Street | Omaha | NE | 1.82 | $ 4,695.96 |
| NJ2001CAR | IC | 600 Creek Road | Delanco | NJ | 33.36 | $ 64,188.93 |
| NJ4002CAR | | 3201 Hamilton Blvd | South Plainfield | NJ | 1.00 | $ 1,935.15 |
| NJ4003CAR-2 | | 176 Greenwood Ave | Midland Park | NJ | 1.92 | $ 3,715.49 |
| NJ4007CAR | | 440 Florida Grove Rd | Perth Amboy | NJ | 4.50 | $ 8,708.18 |
| OH2004CAR | IC | 6161 Middle Ridge Rd. | Elyria Twshp | OH | 76.00 | $ 196,095.20 |
| OH2005CAR | IC | 5506 Kennel Rd | Trenton | OH | 61.00 | $ 157,392.20 |
| OK1001CAR | | 1800 W. Memorial Road | Oklahoma City | OK | 1.00 | $ 1,290.10 |
| WI4001CAR | | 561 W. College Ave Suite B | Oak Creek | WI | 2.75 | $ 10,643.33 |
| WI4003CAR | | 2833 S 27th St | Franksville | WI | 2.75 | $ 10,643.33 |
| | | | | | 312.34 | $739,562.73 |
| PER EVENT SITE PRICING | | | | | | |
| GA1001CAR | | 166 16th St NW | Atlanta | GA | | $ 175.00 |
| GA2001CAR | | 63 Pierce Road | Winder | GA | | $ 1,506.00 |
| GA4001CAR | | 3940 North Peachtree Road | Chamblee | GA | | $ 175.00 |
| GA4004CAR | | 3812 Cusseta Road | Columbus | GA | | $ 268.00 |
| GA4005CAR | | 2601 Seaboard Coastline Dr | Savannah | GA | | $ 382.00 |
| GA4006CAR | | 4420 Buford Highway NE | Chamblee | GA | | $ 700.00 |
| GA4007CAR | | 875 Guy Paine Road | Macon | GA | | $ 212.00 |
| GA4008CAR | | 704 McKnight Industrial Blvd | Augusta | GA | | $ 358.00 |
| GA4009CAR | | 1350 Collier Rd NW | Atlanta | GA | | $ 500.00 |
| GA5001CAR | | 1026 Marietta St. NW | Atlanta | GA | | $ 175.00 |
| GA7001CAR | | 356 Atlanta Hwy NW | Winder | GA | | $ 6,142.00 |
| GA7002CAR | | 3890 N Peachtree Rd | Chamblee | GA | | $ 175.00 |
| LA4002CAR | | 1315 Grimmett Dr. | Shreveport | LA | | $ 940.00 |
| NM4001CAR | | 108 Cravens Road | Moriarty | NM | | $ 364.00 |
| OK2003CAR | IC | 5500 S Rockwell Ave | Oklahoma City | OK | | $ 12,000.00 |
| OR4001CAR | | 3000 N Hayden Island Dr. | Portland | OR | | $ 1,000.00 |
| SC4001CAR | | 2736 Laurens Road | Greenville | SC | | $ 750.00 |
| SC4003CAR-PL | | 2351 East U.S. Highway 501 | Conway | SC | | $ 200.00 |
| SC4004CAR | | 407 Burton Road | Lexington | SC | | $ 740.00 |
| SC4005CAR | | 238 Plemmons Road | Duncan | SC | | $ 658.00 |
| GA4010CAR | | 6740 Oakley Industrial Blvd | Union City | GA | | $ 460.00 |

*Figure 1: List of Sites and Proposed Pricing*



This notice of intent to award service contracts, however, is subject to your successful satisfaction of the site walks and inspection requirements identified below. Specifically, within 14 days of this notice, you are required to perform a site walk of each site and take photographs of the area to document any existing damages and conditions.

Action Items per our telephone conversations on October 20, 2022.

- IL1004 & CO1004 are not online yet but will be coming soon, so we will update you when they are ready, however this means there will be prorated seasonal pricing for both sites in accordance with the start date.
- Site Walks – In accordance with Figure 1 above, you are required to walk all the sites on the list. An Express Team Member will join your team at the following locations:
    - Indy IC – Greenfield, IN
    - Delanco IC – Delanco, NJ
    - Elyria IC – Greater Cleveland Area, OH
    - Trenton IC – Trenton, OH
    - OKC IC – Oklahoma City, OK
    - All other sites walked by Triplet Team Members
        - **Site walks need to be completed in the next 10-12 days. (**Express will send calendar invites for the Inspection Centers and who the EFM Employee will be meeting Triplet Employee)
        - Keys to the site walk.
            - Walk with Carvana Team Member/EFM Team Member
            - Push Points – essential to know so we don't damage grass
            - Snow stacking areas
            - Obstacles – Need markers for hydrants, tanks, etc.
            - Pictures of the site – looking for any damage or areas of concern that might be problematic. We want to cover ourselves for when the snow melts and we don't get held accountable for damages that already existed
            - Identify staging areas for equipment and containers
            - Access through any security where applicable
            - Side doors on buildings – we want to make sure not to push snow that might block entry/exit ways
- Staging Equipment
    - The 4 Large Inspection Centers will require staging of all heavy equipment to make mobilization easier.
    - Containers for ice melt/brine, etc. must be staged on site as well
- Communication Channels
    - Establish protocols for reaching your team – identify the 24 contact 1-800 number to use
    - Identify the escalation path and contact information
    - Identify and share examples of what **the predictive software looks like that is being used to get in front of snowstorms**?
    - Technicians assigned by regional coordinators from Triplet, can you please provide those names and numbers to EFM?
    - Report Issues ASAP – Triplet teams must escalate any issues to EFM contacts as soon as possible so we can stay in front of anything that arises



- Back-up Preparedness Plan
    - Establish protocols for the following and document with EFM:
        - Vehicle breaks down
        - Someone doesn't show up
        - Technician resigns/quits
    - Plan A – Triplet's self-perform model
    - Plan B – EFM will identify a potential secondary supplier where applicable
    - Plan C – Triplet will exhaust their network of suppliers to ensure the site gets snow moved
    - Pass Through Pricing – in the event that Plan A is not able to be executed, Triplet will engage plan B and then C. Both scenarios will result in Triplet paying the auxiliary vendor directly
- Contracts – Once the site walks are completed and issues identified (so they can be documented in the contract), EFM will execute contracts per site to be signed by Triplet
- Operations – Seasonal Sites
    - Teams will handle snow and ice in accordance with the contract
    - If it is snowing, they will be pushing. If an emergent storm rolls in, they will be back on site even if they just left.
        - Secondary techs will be called in when original tech goes over 12 hours, especially where the snow continues to fall over multiple days
- Operations – Per Event Sites
    - Techs will bring in equipment on an as needed basis.
- Use of Brine
    - Use brine or brine alternative at all sites (Salt can be used as a last resort)
    - Sand / Salt mix will **NOT** be used at any site

**SCOPE of WORK - SNOW/ICE MANAGEMENT SERVICES**
**Program Overview:**
Vendor shall provide all snow/ice management services with the purpose of maintaining Carvana facilities for a neat and orderly appearance. All hard surfaces shall be managed for winter conditions to provide a safe environment as seasonally appropriate for local snow and ice conditions.

**Program Term:**
2022-2023 snow season (November 1st – April 30th)

**General Responsibilities:**
As part of this program vendor will:
• Monitor accumulation of snow throughout the day and night and remove snow and ice from parking lots, driveways, sidewalks/walkways emergency exits (total width), when accumulation reaches 2" or more.
• Apply ice melt as required to maintain all areas free of ice and packed snow.
• Please note that vendor is not responsible for removing snow or ice in between parked vehicles or any snow or ice that has accumulated beneath or on vehicles.

**Salting Service**
Calcium Chloride or an equivalent, approved product shall be used on all sidewalks, handicap parking spaces, steps, and entrances; equivalent products are to be approved at the discretion of vendor. Salt shall be applied to all locations noted in this agreement including any of its addendums; all entrance and exit avenues to any locations noted in this contract shall be in sufficient quantities to melt frozen precipitation, when:
• slippery, and/or icy conditions warrant
• after any type of ice storm
• any accumulations of ice or snow under a previous agreed upon amount
• at the Manager's request



**Anti-Icing Service**
This service will be done prior to snow events or freezing rain if conditions warrant. This service will be completed by using either Sodium Chloride or a liquid deicing product. This will be applied before the winter precipitation begins. Anti-icing Service keeps the snow from bonding to the surface and immediately gives traction. It melts snow from the bottom up.

**Snow Management**
- Snow is to be pushed to the edges and sides of parking lots and driveways or as directed, to provide safe access to the site. Be sure to identify speed bumps to avoid damage during plowing services.
- Plowed snow shall be pushed to prevent interference to parking, driving, and walking on pavement.
- Snow will not be piled near vehicles, trash containers, gate openings, loading ramp/docks, truck wells, propane, and salvage storage areas. These areas require approved snow and ice melt applied to prevent ice accumulation.
- Lot shall be cleared before the location opens for regular business and be maintained until the location is closed, unless otherwise directed. Special attention shall be given to areas vital to Carvana's operations (including drive lanes and highest utilized parking areas.
- Cost for snow removal is a full-service cost, which consists of plowing, shoveling, and deicing lots and walkways.
- Vendor may be called back to remove accumulation of snow left by City, State, or County plows on sidewalks and driveways which shall be cleared on the same day plowing was done.
- All fire hydrants shall be kept free of snow so as hookups can be made. In addition, all mailboxes shall be kept clear of ice and snow.
- Special care shall be provided for handicapped parking and walk areas to and from the building to ensure that snow and/or ice are removed from pavement.

**Exclusions:**
- Removal or off-site hauling of snow is excluded from this proposal. In the event this service is requested by Carvana, vendor will obtain approval from Carvana corporate for additional costs prior to rendering of this service.

- Additional requests made by site management outside of program parameters
- Applicable sales taxes are excluded from below pricing and will be added to final invoice as required

**Pricing & Locations**
- As outlined in the attached file, for the 2022-2023 Program
- A separate proposal will be submitted to Carvana for the purchase and shipment of Snow Readiness Kit (shovel, salt spreader, salt etc.) if applicable
- Locations may be added/removed from the program at any time.
    o If locations are added to the program, vendor will present a prorated seasonal cost to be approved by Carvana in advance of service commencement.

You are also reminded to take necessary actions to obtain the required financing and bonding (if required) for this project. COI requires Auto Liability of $1,1000,000 for Snow Removal operations to be maintained throughout the life of the contracts.

Should you have any questions, please contact the Express Facility Management Maria Sidum, Assistant Director of Operations, at 480-851-1462 or Joe Dusbabek, Managing Director of Operations at 480.341.2764, or the undersigned at 602-830-0168.

*William E Pritzker*

William Pritzker
Vice President
Phone: 602-830-0168