# EXHIBIT 6



Triplett Contracting LLC
2412 S 5th St
PHILADELPHIA, PA 19148
Phone: 267-223-7748

SUBJECT: Snow & Ices Removal Contracts

Dear Timour Triplett,

I am writing this letter pertaining to your contracts with Express Facility Management LLC. We do appreciate all the work you have done and the services you have provided to date, however this letter is to revisit the conditions related to the letter of intent and the individual contract terms.

Per the "Letter of intent" sent on October 20, 2022 and the conditions of each contract award, staging of equipment at four Inspection Centers was required. As of today, this condition has not been met.

- Staging Equipment
    - The 4 Large Inspection Centers will require staging of all heavy equipment to make mobilization easier.
    - Containers for ice melt/brine, etc. must be staged on site as well

- The four Inspection centers are as follows:
    - Delanco
    - Indianapolis
    - Trenton
    - Elyria

Express Facility Management will release funds per invoicing contingent of the successful staging and confirmation of such at the four Inspections Centers listed above by December 7, 2022. Once payment is released, all Triplet accounts will be placed on a procurement hold (no further payments authorized) and will not be lifted until confirmation of the staging of required equipment at the four inspections centers has been completed.

Once staging has been completed and confirmed by Express, all accounts will be released from procurement hold and payments will resume accordingly.

Please use this letter an as official warning that contract conditions must be met to avoid any further disruptions in payments or contract violations. If you have any further questions or concerns about payments, procurement holds, etc, please feel free to inquire by sending an e-mail to ap@expressfmg.com or calling our 1-866-726-9527 24 hours a day and our answering service will rout your question or concern to any department within Express FMG. Accounting will always respond within 24 hours for any message left on the system. Express Facility Management understands your issue and realizes the prompt payments are critical to our partners and we will continue to strive to meet our responsibilities.



If you have any questions regarding the payments or the communication rules, please feel free to e-mail me at WPritzker@expressfmg.com, or if you have any questions about the issues identified, please contact your Express Facility Management operations coordinator.

We do value our relationship and its continuation is our primary goal. We see you as an integral part of our operations Nationwide. Please contact myself or Joe Dusbabek if there is any way we can assist you further or if you would like to discuss.

Sincerely,

*William E Pritzker*

William E. Pritzker
Vice President
Express Facility Management