# EXHIBIT 7



16 December 2022

Triplett Contracting LLC
2412 S 5th St
PHILADELPHIA, PA 19148
Phone: 267-223-7748


SUBJECT: Notice of Contract Deficiency and Required Action

Dear Timour Triplett,

As substantiated by the submission of several deficiency notices, you have failed to meet the requirement(s), specifically the staging of equipment for the Carvana Snow and Ice Removal contracts.  You are to satisfy this deficiency by **5PM EST Tuesday December 20, 2022**; Express Facility Management may terminate for default under the terms and conditions of the Termination clause of this contract, and all future contracts and bids may be affected as well.

Our previous letter notices concerning contract deficiencies and deadlines have so far have not been satisfactorily addressed.

- Initial requirement for staging was in the October 20 Letter of Intent
- Second notification in the staging letter notice sent November 30 with a deadline of December 7, 2022
- Third notification was the reference in the Performance Bond letter sent December 8, 2022
- $100,000 performance bond is received by December 19, 2022.

In addition to working with Triplet on rectifying these deficiencies, Express Facility Management has granted Triplet payment modifications and deviations in the forms of advance payments in order to aid in funding your effort.

If you have any further questions about the issues identified please feel free to contact Joe Dusbabek at 480-341-2764 / [JDusbabek@expressfmg.com](mailto:JDusbabek@expressfmg.com) or  Maria Sidum 480-851-1462 / [msidum@expressfmg.com](mailto:msidum@expressfmg.com).

We do value our relationship and its continuation is our primary goal.  We see you as an integral part of our operations Nationwide.


Sincerely,

*William Pritzker*

William E. Pritzker
Vice President
Express Facility Management