# EXHIBIT 8

| | |
|---|---|
| **From:** | Timour Triplett |
| **To:** | Maria Sidum |
| **Cc:** | Samantha Sommerman; Shannon Blackman; Cody Sindel; Joe Dusbabek; Mark Gonzalez; Ben Portugal |
| **Subject:** | Re: Oak Creek, WI |
| **Date:** | Friday, December 16, 2022 2:53:42 PM |
| **Attachments:** | image001.png<br>image002.png |

> **Caution:** This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Good Afternoon,

We have serviced the Oak Creek, WI location in the past. It is our plan to always provide updates when services are scheduled and have been executed, as per the email I just emailed you, under the "updates" section. I deeply apologize if that update was not done, I did however speak with the team in the past hour and everyone is aware that we will provide updates everytime there is a schedule made for a dispatch, send a reminder 2 hours prior to said dispatch as well as provide bi-hourly updates if not more, once a service is taking place.

Please let me know if you have any other questions or concerns and I would be happy to assist.



**Timour Triplett**
Chief Executive Officer at Triplett Contracting LLC

P (267)-223-7748    M (267)-551-0842
E t.triplett@tripcontracting.com    W TripContracting.com


On Fri, Dec 16, 2022 at 4:46 PM Maria Sidum <Msidum@expressfmg.com> wrote:

> So, was yesterday the first time you salted or service Oak Creek, WI? Triplett is supposed to be providing us with an update on the days and types of services that were done.
>
> ---
>
> **From:** Samantha Sommerman <s.sommerman@tripcontracting.com>
> **Sent:** Friday, December 16, 2022 2:40 PM
> **To:** Timour Triplett <t.triplett@tripcontracting.com>
> **Cc:** Maria Sidum <Msidum@expressfmg.com>; Shannon Blackman <s.blackman@tripcontracting.com>; Cody Sindel <c.sindel@tripcontracting.com>; Joe Dusbabek <JDusbabek@expressfmg.com>; Mark Gonzalez <MGonzalez@expressfmg.com>
> **Subject:** Re: Oak Creek, WI
>
> > **Caution:** This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.
>
> Hi Maria,
>
> This location was salted last night in preparation of today's incoming weather. Just spoke to our tech.

There is currently some snow flurries but nothing accumulating at this time. He is on standby in case anything changes.

Thank You

Samantha

On Fri, Dec 16, 2022 at 4:02 PM Timour Triplett <t.triplett@tripcontracting.com> wrote:

> Good Afternoon,
>
> I am currently discussing this with Sam and Cody and will have a plan of action for this area. We do also have the crew on standby and are monitoring weather events if a dispatch is needed.
>
> **Timour Triplett**
> Chief Executive Officer at Triplett Contracting LLC
>
> P (267)-223-7748   M (267)-551-0842
> E t.triplett@tripcontracting.com   W TripContracting.com
>
> On Fri, Dec 16, 2022 at 12:13 PM Maria Sidum <Msidum@expressfmg.com> wrote:
>
>> Please advise of plan for Wisconsin locations.



Thank you,

**Maria Sidum**

Assistant Director of Operations

**Phone**: 866.726.9527

**Mobile**: 480.851.1462

**Snow Removal** : 833.285.0089

**Email**: msidum@expressfmg.com



The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

--



**Samantha Sommerman**
Construction Coordinator at Triplett Contracting LLC

P (267)-223-7748   M (267) 209-0394
E s.sommerman@tripcontracting.com   W TripContracting.com

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.