# EXHIBIT 9

| | |
|---|---|
| **From:** | Timour Triplett |
| **To:** | Maria Sidum |
| **Cc:** | Shannon Blackman; Samantha Sommerman; Cody Sindel; Joe Dusbabek; Mark Gonzalez; Ben Portugal |
| **Subject:** | Re: Wisconsin Locations |
| **Date:** | Thursday, December 22, 2022 3:00:02 PM |
| **Attachments:** | image001.png |

**Caution:** This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Good Afternoon Maria,

We are just awaiting the confirmation from the crews on this location and should have that shortly. Just wanted to send this so you know we are handling it. Thank you.




**Timour Triplett**
Chief Executive Officer at Triplett Contracting LLC

P (267)-223-7748   M (267)-551-0842
E t.triplett@tripcontracting.com   W TripContracting.com

On Thu, Dec 22, 2022 at 4:11 PM Maria Sidum <Msidum@expressfmg.com> wrote:

> Please provide an update. The location is calling and emailing me.
>
> **From:** Maria Sidum
> **Sent:** Thursday, December 22, 2022 11:12 AM
> **To:** Shannon Blackman <s.blackman@tripcontracting.com>; Samantha Sommerman <s.sommerman@tripcontracting.com>; Cody Sindel <c.sindel@tripcontracting.com>; Timour Triplett <t.triplett@tripcontracting.com>
> **Cc:** Joe Dusbabek <JDusbabek@expressfmg.com>; Mark Gonzalez <MGonzalez@expressfmg.com>; Ben Portugal <BPortugal@expressfmg.com>
> **Subject:** Wisconsin Locations
>
> Hello,
>
> I'm getting calls from both Wisconsin location asking when we are coming out to salt, they need an ETA.
>
> Please provide ASAP.

Thank you,

**Maria Sidum**

Assistant Director of Operations

**Phone**: 866.726.9527

**Mobile**: 480.851.1462

**Snow Removal** : 833.285.0089

**Email**: msidum@expressfmg.com

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.