# EXHIBIT 10

| From: | Crystal Darling |
|---|---|
| To: | Maria Sidum |
| Cc: | Taylor Schaffner; Aaron Berth; Paige Demattos |
| Subject: | Re: Snow Removal Plan |
| Date: | Tuesday, December 27, 2022 9:27:34 AM |
| Attachments: | image001.png<br>carvana+fortune-email-signature.png |

> **Caution:** This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Hey Maria!

That is correct no one has been on-site to salt the front or back of the lot at all this year.

We had someone come and ask a few questions about where to put the snow but they did not return after that and no salting was done.

Best,



**Crystal Darling**
Team Lead
561 College Ave. /// Oak Creek, WI 53151
/// O: 414.433.3773

On Tue, Dec 27, 2022 at 10:23 AM Maria Sidum <Msidum@expressfmg.com> wrote:

> Hello Crystal,
>
> I'm so sorry, our contractor told me they dispatched to your site for the salting last week. Did no one show up at all these past several days?
>
> Thanks,
>
> Maria
>
> **From:** Crystal Darling <crystal.darling@carvana.com>
> **Sent:** Tuesday, December 27, 2022 7:53 AM
> **To:** Maria Sidum <Msidum@expressfmg.com>
> **Cc:** Taylor Schaffner <taylor.schaffner@carvana.com>; Aaron Berth <aaron.berth@carvana.com>; Paige Demattos <paige.demattos@carvana.com>
> **Subject:** Re: Snow Removal Plan
>
> > **Caution:** This message has originated from an External Source. Please use proper

> judgment and caution when opening attachments, clicking links, or responding to this email.

Hello!

Our lot is iced over and packed down with snow.

It was my understanding that someone was going to be coming out here last week to salt the lot (front and back) and no one has been here yet.

Can we have someone come out here and salt as it is not safe since nothing has been done since the initial snow last week.

Best,



**Crystal Darling**
**Team Lead**
561 College Ave. /// Oak Creek, WI 53151
/// O: 414.433.3773

On Thu, Dec 22, 2022 at 11:52 AM Crystal Darling <crystal.darling@carvana.com> wrote:

> Hello!
>
> No one has been here to plow or salt our lot yet.
>
> Do we have an ETA on this?
>
> Best,

**Crystal Darling**
Team Lead
561 College Ave. /// Oak Creek, WI 53151
/// O: 414.433.3773



On Wed, Dec 21, 2022 at 5:06 PM Crystal Darling <crystal.darling@carvana.com> wrote:

> Seen!
>
> I will be at Oak Creek tomorrow AM. Please lmk if you have any questions or concerns!
>
> Best
>
> On Wed, Dec 21, 2022, 4:03 PM Maria Sidum <Msidum@expressfmg.com> wrote:
>
>> That's funny because I just sent them the email.
>>
>> Thank you for your help.
>>
>> Maria
>>
>> **From:** Taylor Schaffner <taylor.schaffner@carvana.com>
>> **Sent:** Wednesday, December 21, 2022 3:03 PM
>> **To:** Maria Sidum <Msidum@expressfmg.com>; Crystal Darling <crystal.darling@carvana.com>; Aaron Berth <aaron.berth@carvana.com>
>> **Cc:** paige.demattos@carvana.com
>> **Subject:** Re: Snow Removal Plan
>>
>>> **Caution:** This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Thanks Maria! Looping in @Crystal Darling and @Aaron Berth while Paige is out on PTO -

On Wed, Dec 21, 2022 at 4:00 PM Maria Sidum <Msidum@expressfmg.com> wrote:

> Hello Paige,
>
> We are planning on dispatching for deicing either late tonight or early tomorrow followed by snow plowing if necessary based on weather patterns we are monitoring.
>
> Please let me know if you have any questions or concerns that may come up.
>
> Thank you,
>
> **Maria Sidum**
>
> Assistant Director of Operations
>
> **Phone**: 866.726.9527
>
> **Mobile**: 480.851.1462
>
> **Snow Removal** : 833.285.0089
>
> **Email**: msidum@expressfmg.com

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

--



**Taylor Schaffner** (She/Her)
Territory Manager, Market Operations
720 Enterprise Dr  /// Oak Brook IL 60523

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.