# EXHIBIT 11



24 December 2022

Triplett Contracting LLC
2412 S 5th St
PHILADELPHIA, PA 19148
Phone: 267-223-7748

SUBJECT: Notice of Contract Termination

Dear Timour Triplett,

Per our cure notice of 16 December 2022, and the submission of several deficiency notices, you have failed to meet the requirement(s) spelled out in the Carvana Snow and Ice Removal contracts. In addition to these failures, the customer also issued a scathing customer complaint on Friday, December 23, 2022, and per the terms of the contract, the IC contract listed below is terminated effective immediately **Saturday, December 24, 2022** and all other contracts are under review.

Our previous letter notices concerning contract deficiencies and deadlines so far have not been satisfactorily addressed.

- Initial requirement for staging was in the October 20 Letter of Intent
- Second notification in the staging letter notice sent November 30 with a deadline of December 7, 2022 (missed deadline)
- Third notification was the reference in the Performance Bond letter sent December 8, 2022 (missed deadline)
- $100,000 performance bond is received by December 19, 2022 (not satisfied)
- Trenton Ohio Customer complaint (December 23, 2022)
- Failure to Perform as outlined in the Scope of Work and Contract #OH10477 (referenced below)

| Location | Type | Address | City | State | Contract | End of service date |
|---|---|---|---|---|---|---|
| OH2005 | IC | 5506 Kennel Rd | Trenton | OH | OH10477 | 12/24/2022 |

It is with regret that we must terminate this contract. If you have any further questions about the issues identified please feel free to contact Joe Dusbabek at 480-341-2764 / JDusbabek@expressfmg.com or Maria Sidum 480-851-1462 / msidum@expressfmg.com.

Sincerely,


William E. Pritzker
Vice President
Express Facility Management