# EXHIBIT 13



December 13, 2022

Mr. Benjamin Portugal, President
**Express Facility Management/ FMG Express Facility Management Group LLC**
227 N Loop 1604 Ste 150
San Antonio, TX 78232-1260

Re:  **Triplett Contracting LLC ("Client")**
2412 S 5th St
Philadelphia, PA 19148
c/o Mr. Tim Triplett, C.E.O.

Dear Mr. Portugal,

We are writing to advise that, to enable the Client to better service its customers, the Client has assigned its present and future accounts receivable to us.  Pursuant to Section 9-406 of the Uniform Commercial Code, to the extent that you are now indebted or may in the future become indebted to the Client thereon, payment thereof must be made payable to us and not to the Client or any other entity.

The payments should be sent as follows:

    <u>**By Check:**</u>
    eIung Financial Corp.
    5323 Millenia Lakes Blvd.
    Suite 300
    Orlando, FL 32839

    <u>**For Wire Transfers:**</u>
    eIung Financial Corp.
    Fifth Third Bank
    ABA / Routing: [redacted]
    Acct #: [redacted]
    Wire Transfer #: [redacted]
    Swift Code: [redacted]

**Payments made in any other manner may expose you to multiple liability**.

This letter may only be revoked by a writing signed by one of our officers.





We understand that, on your online system, the Client is able to change the payment instructions for payments on the Client's accounts receivable.  We wish to alert you that your relying on any deviation from the payment instructions set forth herein could expose you to loss.

Please ignore any attempt by the Client or anyone else to rescind this letter, by claiming for example that it was sent in error, or that the Client has terminated its relationship with us.  Only we may terminate this letter.

Very truly yours,

*Ernane Iung*

**eIung Financial Corporation**
By:  Ernane Iung, President & Owner