# EXHIBIT 14

**From:** Timour Triplett <t.triplett@tripcontracting.com>
**Date:** Sunday, February 12, 2023 at 1:15 AM
**To:** Ben Portugal <BPortugal@expressfmg.com>
**Cc:** William Pritzker <WPritzker@expressfmg.com>, Joe Dusbabek <JDusbabek@expressfmg.com>, Kayon Burton <k.burton@tripcontracting.com>
**Subject:** Re: Demand for Payment

> **Caution:** This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

Good Day,

As I can see no further communication has been received from EFM. Please use this email as a notification of the further action I will be taking.

Starting Sunday morning, 02/12/2023. My team and I will be reaching out to the following offices in order to request legal remedies on all actions that have taken place between EFM and Triplett, as well as a full response to the demand letter sent January 27, 2023 for the amount of $2,125,744.11.

We have acquired all contact information for the following offices:

- Respective States Attorney General & Compliant Processes
- Respective States Division of Labor Standards and Statistics
- Respective States Department of Labor
- Respective States Department of Regulatory Agencies

The following states will have all 4 offices contacted and compliant process completed, they are as follows:

- All States Affected by Carvana contract - (CO, IL, IN, KS, KY, MN, MO, NE, NJ, OH, OK, WI, GA, LA, NM, OR, SC AND IA)
- All States Affected by Target contract - (ALL 50 STATES)

This will result in my office submitting 200 complaints associated with the bidding of the Target contract and EFM winning as such. Even though this a direct relation from Triplett prepping said contract which totaled 233,766 different bids, took 3 months of my teams time as well as producing geographical data that our data analysts had to manual map over 1661 locations several times over in order to get the square footage and labor calculations needed in order for EFM to stand any chance at winning and providing Target with accurate numbers. All of this was manually done over months from Triplett. And yet, EFM feels as if they do not financially owe Triplett for the much labor, funds and resources used to produce said bid.

As well as 72 different complaints for Carvana for all events that transpired during our servicing with EFM, as well as a 20 page report that I personally prepped, along with 32 exhibits of supporting evidence that will be submitted to all of these agencies for review and investigation. This will also include character statements from all team members at Triplett that were involved in any interactions between EFM and Triplett.

This is Triplett's final recourse, as I have tried to civilly work this out for months but EFM continues to hide behind legalities with full knowledge of their owed funds to Triplett, as this would also explain why EFM's counsel did not return any response to our legal parties attempts to reach out.

I will follow the guidance and submit all legal remedies provided to me by the proper offices in their respective geographical areas as I feel EFM is now violating not only our servicing agreement, but also many wage & labor laws and prompt payment laws. I hope to bring all of this to the proper offices so that it may be reviewed and the proper action and light will be shed on this situation.

Lastly, it is a disgrace out of all companies that you chose to damage, you chose a Service-Disabled Veteran-Owned Small Business. I started this company to hire as many veterans and network with military bases transition centers in order to hire transitioning service members so they could create better careers with Triplett and so far, we have employed many veterans and provided them with awesome careers. I joined the Marine Corps at 17 years old, in order to one day gain the skills to create a successful business and employ as many that made the ultimate sacrifice that myself and many other past, present and future service members make everyday. And all EFM has done is constantly defraud our organization and impact our operations and relationships.

In case you would also want a small breakdown of the things that will be discussed with the state offices, please see below:

- Not only did multiple EFM's representatives lie to my face the day before Christmas, try to get out of paying for Trenton, even though my crews were dealing with zero visibility, -30 degree weather and were in a car accident and you want to pay nothing? Even though my crews serviced 50% of the lot, as well as making other dispatches earlier that month and also providing salting services behind the subcontractor that EFM illicitly acquired. Not to mention the countless round the clock communication that my team and I provided during the 72 hours of the storm.
- EFM then continued to use our equipment and not tell us, even after we terminated service and had to be notified by the rental company that our equipment were moved by not our teams.
- Then sending out a late check even after the cries for help and having our payroll for the entire company go late by 11 days, when an ACH could have been sent out weeks ago. And I personally confirmed with Joe and Brenda that I would demand to be paid via wire or ACH. Also sending a check during the week of New Years would obviously be late due the holidays.
- Sent out a cease and desist to try and contain the situation so we could not notify your clients of your illicit activity.
- Then dropping a demand letter on us on January 27th, 2023, which is also the day the December payment should have gotten paid. This letter was for $2,125,744.11 for charges and damages that were completely unfounded, and since my attorneys have requested breakdowns and proof of said charges or damages and none has been produced to date.
- Defrauding a Service-Disabled Veteran-Owned Small Business
- I have also prepared a 20-page response letter to the demand letter sent to us Jan 27 and will be turning this in as well with 32 pieces of evidence that support and enforce all statements made in that response letter.

If you still care to civilly work this out before this process begins, please feel free to reach me at any time.



**Timour Triplett**
Chief Executive Officer at Triplett Contracting LLC

P (267)-223-7748    M (267)-551-0842
E t.triplett@tripcontracting.com    W TripContracting.com