# EXHIBIT 15

**From:** Nick Morgan <nick.morgan@carvana.com>
**Sent:** Thursday, December 29, 2022 7:37:22 AM
**To:** Joe Dusbabek <JDusbabek@expressfmg.com>
**Cc:** Chris Santone <chris.santone@carvana.com>; Jeffrey Cesaretti <jeffrey.cesaretti@carvana.com>
**Subject:** Fwd: Owed Funds - $212,095.95 - Express Facility Management- Due 12/28/2022

> **Caution:** This message has originated from an External Source. Please use proper judgment and caution when opening attachments, clicking links, or responding to this email.

+chris for visibility

Joe - while you are well within your right to release these guys due to performance, need help with below. This guy is now reaching out to some of the locations (Indy, Elyria) that he "services " stating that he's pulling equipment and services due to CVNa not paying.

Not sure what he means by "legal action " below with regard to CVNA, but looks as though his counsel is copied. You hold the contract with him, but he still has the ability to file for a lien.

That being said, can you please outline the following by noon today?

1) New service provider names for each of the locations (especially the pilot locations) along with equipment list. Need this so we can communicate out to the teams the plan

2) please outline the plan to deal with below. I realize why he's reaching out us, but I need Express to handle (your discretion) and ensure there are no liens filed on CVNA properties


Jeff: we should proactively reach out to the teams (pilot location) and let them know a change is coming but no disruption to service. Also please add a note for them to forward us any communication or emails if Tripplet

contracting reaching out to them. I wouldn't make it the center point, but want to avoid them sending an email back with triplets counsel on the emails.



---------- Forwarded message ---------
From: **Timour Triplett** <t.triplett@tripcontracting.com>
Date: Wed, Dec 28, 2022 at 4:14 PM
Subject: Owed Funds - $212,095.95 - Express Facility Management- Due 12/28/2022
To: Jeffrey Cesaretti <jeffrey.cesaretti@carvana.com>, Benjamin Knutsen <benjamin.knutsen@carvana.com>, Howard Chan <howard.chan@carvana.com>, Nick Morgan <nick.morgan@carvana.com>, Sean Young <sean.young@carvana.com>
CC: Hal Emalfarb <hal@emalfarblaw.com>, Thomas Emalfarb <tom@emalfarblaw.com>, Cody Sindel <c.sindel@tripcontracting.com>, Kayon Burton <k.burton@tripcontracting.com>

Good Afternoon,

I am reaching out currently due to Express Facility Management owing Triplett Contracting LLC: $212,095.95. This is currently payable as of today. We have tried to work this out in-house with Express, they advised they issued a check for $79,591.80 and I advised they we did not agree to being paid via check, due to myself leaving the country from tomorrow and not receiving the check until I return on the 5th. We currently have expenses to do with the snow removal services provided from Carvana will be due on the 1st of January and if we do not receive the payment via wire or ACH this would cause many damages to Triplett due to this payment being delayed. Express also issued our first (and only) payment via wire transfer, so I am unsure why that cannot be applied now, nor was a reason given to me.

Express did not seem to care in what form the payment was in, even after multiple requests that we cannot accept a check payment. As we tried to work things out civilly, it seems to be to no avail as Express will not be rendering any further payment without review than that according to Ben Portigal. He said that we did not agree, then we could contact his legal department.

I wanted to reach out to the Carvana team to see if we can hash this out internally before it gets worse and results in legal action. Please advise if anything can be done, as our team has been trying to get answers from Express for weeks without any confirmation that payments are actually going to happen. This makes me extremely uneasy as this is a very large sum of money.

Please advise on this. If you would like to contact me directly, please either email or call me at 267-551-0842 and I would be more than happy to assist and provide any documentation or information as requested. I have attached all invoices below. Thank you for your time and assistance.



**Timour Triplett**
Chief Executive Officer at Triplett Contracting LLC

P (267)-223-7748   M (267)-551-0842
E t.triplett@tripcontracting.com   W TripContracting.com

--


Nick Morgan
Associate Director, Property Operations
1930 W Rio Salado Pkwy /// Tempe, AZ 85281
M: 804.912.6324

The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.
The content of this email is confidential and intended for the recipient specified in message only. It is strictly forbidden to share any part of this message with any third party, without a written consent of the sender. If you received this message by mistake, please reply to this message and follow with its deletion, so that we can ensure such a mistake does not occur in the future.