UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| FMG EXPRESS FACILITY MANAGEMENT GROUP LLC, <br><br> Plaintiff, <br><br> - against - <br><br> TRIPLETT CONTRACTING LLC; and TIMOUR TRIPLETT, <br><br> Defendants. | Case No. 1:23-cv-02173-JHR |

**CLERK'S CERTIFICATE OF DEFAULT**

I, RUBY J. KRAJICK, Clerk of the United States District Court for the Southern District of New York, do hereby certify that this action commenced on March 15, 2023 with the filing of a Summons and Complaint.  Defendant, Triplett Contracting LLC was personally served through its owner, Timour Triplett who is authorized to accept service  and Defendant Timour Triplett was personally served with a copy of the Summons and Complaint on March 23, 2023 as reflected on the Affidavits of Service was filed with the Court on March 23, 2023 as Dkt#10 and Dkt#11.

I further certify that the docket entries indicate that the Defendants, Triplett Contracting LLC and Timour Triplett, have not filed an answer or otherwise moved with respect to the Complaint herein.  The default of the Defendants, Triplett Contracting LLC and Timour Triplett, are hereby noted.

Date: New York, New York
     May __4___, 2023

RUBY J. KRAJICK
Clerk of Court

By: _K. mango_____
Deputy Clerk